UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
BOARD OF TRUSTEES OF THE UNITED UNION OF : 13-CV-2865 (ARR)(MDG)
ROOFERS, WATERPROOFERS & ALLIED WORKERS :
LOCAL UNION NO. 8 W.B.P. & A. FUNDS, : NOT FOR ELECTRONIC
: OR PRINT PUBLICATION
Plaintiff, :
: ORDER
-against- :
:
NEW YORK ROOFING COMPANY, :
:
Defendant. X
---------------------------------------------------------------

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated March 5, 2015, from the Honorable Marilyn D. Go, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, plaintiff's motion for default judgment is granted, and plaintiff is awarded $128,742.56 in unpaid contributions, $64,313.54 in pre-judgment interest through March 27, 2015 and $84.65 per diem until the date of entry of judgment, $2,450.00 in attorneys' fees, and $390.00 in costs. The Clerk of Court is directed to enter judgment accordingly.

SO ORDERED.

/s/(ARR)
_____
Allyne R. Ross
United States District Judge

Dated: April 3, 2015
       Brooklyn, New York